IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DATA CARRIERS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC., *et al.*,<br><br>Defendants. | ) | C.A. No. 12-346-LPS |

**DEFENDANTS' NOTICE OF MOOTNESS OF MOTION TO DISMISS**
**PLAINTIFF'S INDUCEMENT AND WILLFUL INFRINGEMENT CLAIMS (D.I. 10)**

On March 16, 2012, plaintiff Data Carriers, LLC ("Data Carriers") filed its Complaint for Patent Infringement (D.I. 1). Defendants Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC (collectively "Samsung") timely filed a Motion To Dismiss Plaintiff's Inducement And Willful Infringement Claims (the "Motion to Dismiss") (D.I. 10) on July 9, 2012. In response, Data Carriers amended its claims in its First Amended Complaint (D.I. 16).

Data Carriers' First Amended Complaint supersedes its original complaint and thereby moots Samsung's Motion to Dismiss.

*/s/ David M. Fry*
John W. Shaw (No. 3362)
David M. Fry (No. 5486)
SHAW KELLER LLP
300 Delaware Avenue, Suite 1120
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
dfry@shawkeller.com

*Attorneys for Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC*

OF COUNSEL:
Gregory S. Arovas, P.C.
KIRKLAND & ELLIS LLP
153 East 53rd Street
New York, NY 10022-4611
(212) 446-4800

Marcus E. Sernel, P.C.
David W. Higer
Josh M. Reed
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
(312) 862-2000

Dated: August 29, 2012